IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James B. Strunk,                       :

    Petitioner,                    :

  v.                                   :     Case No. 2:07-cv-1048

Timothy Brusman,                       :     JUDGE GRAHAM

    Respondent.                    :

## ORDER

Plaintiff, an inmate at the Chillicothe Correctional Institution, has filed a habeas corpus petition pursuant to 28 U.S.C. §2254 attacking his conviction, which was entered in Warren County. Warren County lies within the Western Division of the Southern District of Ohio. Under Local Civil Rule 82.1(f), a habeas corpus action is to be "filed at the location of Court which serves the county in which the state court judgment...was filed." This case is therefore TRANSFERRED to the Western Division of this Court at Cincinnati.

                                              /s/ Terence P. Kemp
                                            United States Magistrate Judge